B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
District of Arizona

In re Peggy A. Ferrin  
Debtor

Case No. _____  
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| **Creditor's Name:** Chase Auto Finance | **Describe Property Securing Debt:** Kia Soul |

Property will be *(check one)*:  
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:  
☐ Redeem the property  
☑ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:  
☐ Claimed as exempt ☑ Not claimed as exempt

---

**Property No. 2** *(if necessary)*

| **Creditor's Name:** Capitol One Retail Services | **Describe Property Securing Debt:** Kawasaki motorcycle |

Property will be *(check one)*:  
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:  
☐ Redeem the property  
☑ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:  
☐ Claimed as exempt ☑ Not claimed as exempt